```
                            FILED
                    CLERK, U.S. DISTRICT COURT

                         NOV 10 2009

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 07-591-GHK |
| ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)] |
| v. ) | |
| PHILLIP VAUGHN FOOTE, ) | |
| ) | |
| Defendant. ) | |

    The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

Deten[2].ord

1  released under 18 U.S.C. § 3142(b) or (c). This finding is
2  based on his failure to proffer any evidence to meet his burden
3  on this issue;
4  and
5  B.  (X) The defendant has not met his burden of establishing by
6  clear and convincing evidence that he is not likely to pose a
7  danger to the safety of any other person or the community if
8  released under 18 U.S.C. § 3142(b) or (c). This finding is
9  based on his failure to proffer any evidence to meet his burden
10 on this issue.
11   IT THEREFORE IS ORDERED that the defendant be detained pending
12 the further revocation proceedings.

14 DATED: November 10, 2009

_____
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord                                    2