FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>              )<br>     Plaintiff, )<br>              )<br>     vs.      )<br>              )<br>PHILLIP VAUGHN FOOTE )<br>              )<br>              )<br>     Defendant. )<br>              ) | Case No.: CR 07-591-GHK<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist., CA__ for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release) and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __no verified background info or bail resources; alleged drug use on supervision__

```
 1  _____
 2  _____
 3  _____
 4      and/or
 5  B.  ( )  The defendant has not met his/her burden of establishing by
 6       clear and convincing evidence that he/she is not likely to pose
 7       a danger to the safety of any other person or the community if
 8       released under 18 U.S.C. § 3142(b) or (c). This finding is based
 9       on:_____
10  _____
11  _____
12  _____
13
14      IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:   5/13/10
18
19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE
```